# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129278

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES
 ("AFSCME") MICHIGAN COUNCIL 25,
AFSCME LOCAL 214, AFSCME LOCAL
312, and LEAMON WILSON,
          Plaintiffs-Appellees,

v

SC: 129278
COA: 253592
Wayne CC: 03-320030-CZ

CITY OF DETROIT, MAYOR OF THE
CITY OF DETROIT, WAYNE COUNTY
EXECUTIVE, MACOMB COUNTY BOARD
OF COMMISSIONERS CHAIRPERSON,
OAKLAND COUNTY EXECUTIVE,
REGIONAL TRANSIT COORDINATING
COUNCIL, and  SUBURBAN MOBILITY
AUTHORITY FOR REGIONAL
TRANSPORTATION,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006

_____
Clerk

s0427